AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JUSTIN CLARK,

    Plaintiff,

                    v.

BRIAN OWENS, Commissioner, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV614-122

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 29, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Plaintiff's action against Defendants Williams, Deal, Smokes, Coleman, and Owens is hereby DISMISSED. Since the claims against the remaining defendants are being transfered to the Middle District of Georgia for disposition, this civil action stands CLOSED.

| May 29, 2015 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03